### 16785. BREVOID *v.* THE STATE.

BROYLES, C. J. It affirmatively appearing from the bill of exceptions and the record that the bill of exceptions was presented to the judge more than twenty days after the date of the judgment complained of (the overruling of the motion for a new trial), the bill of exceptions must be dismissed.

        *Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

            DECIDED NOVEMBER 10, 1925.

Conviction of possessing intoxicating liquor; from city court of Thomasville—Judge MacIntyre. August 9, 1925.

*D. Roy Hay,* for plaintiff in error.
*J. Baird Edwards, solicitor,* contra.

---

### 16788. BUTLER *v.* THE STATE.

BROYLES, C. J. 1. The admission of the evidence of the arresting officer, that he "noticed a bulky something in his [the defendant's] pocket, and . . went in his pocket and got his pistol," was not error. *Smith v. State,* 17 *Ga. App.* 693.

2. The excerpts from the charge of the court, complained of, when considered in connection with the entire charge and the facts of the case, show no reversible error.

3. The verdict was authorized by the evidence.

        *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

            DECIDED NOVEMBER 10, 1925.

Conviction of carrying pistol unlawfully; from Randolph superior court—Judge Yeomans. August 1, 1925.

*C. W. Worrill, J. W. Quincey, T. N. Henson,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.